
**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| In the Matter of: BLX GROUP, INC., <br><br> Debtor, <br><br> ——————————— <br><br> **CARL A. EKLUND, Esquire, Chapter 11 Trustee of BLX Group, Inc.,** <br><br> Appellant, <br><br> v. <br><br> **UNITED STATES TRUSTEE,** <br><br> Appellee. | No. 13-35145 <br><br> D.C. No. 2:12-cv-00016-SEH <br><br> **MEMORANDUM**<sup>*</sup> |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Before:    **KOZINSKI**, **PAEZ** and **BERZON**, Circuit Judges.

This case is controlled by <u>In re Hokulani Square, Inc.</u>, No. 11-60072, 2015

WL 305540 (9th Cir. Jan. 26, 2015).

——————————

    *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**AFFIRMED.**